

# IN THE
# TENTH COURT OF APPEALS

---

### No. 10-23-00214-CR

## EX PARTE BRYAN STALLWORTH

---

### Original Proceeding

---

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 30582

---

## MEMORANDUM  OPINION

---

In this proceeding, Bryan Stallworth, acting *pro se*, has filed an original application for a writ of habeas corpus.  The courts of appeals, however, have no original habeas-corpus jurisdiction in criminal matters.  *Ex parte Braswell*, 630 S.W.3d 600, 601 (Tex. App.—Waco 2021, orig. proceeding).

In addition to requesting habeas relief, Stallworth also asks in his application that this Court order the district attorney to disclose certain evidence to him.  But this Court does not have mandamus jurisdiction over a district attorney.  *In re Smith*, No. 03-19-

00734-CV, 2019 WL 6121405, at *1 (Tex. App.—Austin Nov. 19, 2019, orig. proceeding)

(mem. op.); *see* TEX. GOV'T CODE ANN. § 22.221.

Accordingly, this proceeding is dismissed for want of jurisdiction.


MATT JOHNSON
Justice


Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Dismissed
Opinion delivered and filed July 19, 2023
Do not publish
[OT06]

